Bennie David **GUY**, Appellant,

v.

Ed **LAXTON**, County Investigator, Crittenden County, AR; Chet Dunlap, Attorney, Poinsette County, Appellees.

No. 11–2676.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 25, 2011.

Filed: Oct. 28, 2011.

Bennie David Guy, Brickeys, AR, pro se.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Bennie David Guy appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Upon our careful review, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B. We also deny as moot Guy's pending motion for appointment of counsel.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

1. The Honorable D. Price Marshall, Jr., United States District Judge for the Eastern District of Arkansas.